PROB 12C
(7/93)

Report Date: November 15, 2011

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**NOV 16 2011**

Eastern District of Washington

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rosa Sandoval-Guizar            Case Number: 2:11CR06011-001-WFN

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/23/2009

Original Offense:      Acquiring a Controlled Substance by Misrepresentation and Deception, 21 U.S.C. § 843(a)(3) and (d)

Original Sentence:     Probation - 60 Months              Type of Supervision: Probation

Asst. U.S. Attorney:   Michael C. Ormsby                  Date Supervision Commenced: 10/23/2009

Defense Attorney:      Roger Peven                        Date Supervision Expires: 10/22/2014

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Rosa Sandoval-Guizar is considered in violation of her period of probation in the Eastern District of Washington by committing the offenses of malicious mischief in the second degree, assault in the fourth degree, and hit and run unattended with damage, on or prior to July 23, 2011.

On July 23, 2011, the defendant drove to the residence of the victim and confronted her about a mutual male friend. An argument ensued and the defendant punched the victim. The fight continued in the breeze way until the victim was able to get away and returned to her residence. The defendant returned to her vehicle and used it to ram the victim's vehicle, pushing it into the wall of an adjoining apartment building. The defendant then drove away from the scene.

Officers were able to locate the defendant's vehicle at her residence and contact was attempted. Officers could hear the defendant inside of her apartment and requested she come out. The defendant did not respond. A search warrant was obtained and the officers

Prob12C
Re: Sandoval-Guizar, Rosa
November 15, 2011
Page 2

forced entry into the apartment. The defendant was in an upper loft area of the apartment and refused to come down. Officers had to climb the spiral staircase and place the defendant under arrest. When asked why she did not open the door she stated, "Because you scared me."

On October 19, 2011, the defendant plead guilty to the charges and was sentenced under case number 11-1-00781-6 to 30 days work release at the Benton County Jail. The defendant is currently serving her sentence and will complete it on November 21, 2011.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/15/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Nov 16 2011
Date